# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re: | |
| | Case No. 1:22-bk-08993 |
| SHERRY D'AGOSTINO, | Chapter 13 |
| | Honorable Carol A. Doyle |
| Debtor(s). | |

## NOTICE OF OBJECTION

**PLEASE TAKE NOTICE** that Debtor, SHERRY D'AGOSTINO, hereby objects to BAYPOINT CAPITAL PARTNERS, LP's Motion for Annulment, or alternatively, Relief from the Automatic Stay [Doc. #16] and request that it be called on the presentment date of September 20, 2022 at 9:30 A.M.

DATED: September 16, 2022

Respectfully submitted

**SHERRY D'AGOSTINO**

By: *s/ Joseph S. Davidson*

Joseph S. Davidson
OTTOSEN DiNOLFO HASENBALG &
CASTALDO, LTD.
1804 North Naperville Boulevard
Suite 350
Naperville, Illinois 60563
(630) 682-0085
jdavidson@ottosenlaw.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on September 16, 2022, I electronically filed the foregoing with the Clerk of the Court for the United States Bankruptcy Court for the Northern District of Illinois by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

      *s/ Joseph S. Davidson*